**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Tzadik Taylor's Place, LLC |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 84-3047812 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2450 Hollywood Blvd Ste 503<br>Hollywood, FL 33020 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Broward | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

| Debtor | Tzadik Taylor's Place, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | See Attachment | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor    Tzadik Taylor's Place, LLC                                    Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

              Contact name _____

              Phone _____

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Tzadik Taylor's Place, LLC                                                 Case number (*if known*)
_____
Name

Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/7/2025
            MM / DD / YYYY

X  _Adam Hendry_                                    Adam Hendry
   Signature of authorized representative of debtor     Printed name

Title    Authorized Agent

**18. Signature of attorney**    X  _Brett Lieberman_                          Date  7/7/2025
                              Signature of attorney for debtor                  MM / DD / YYYY

Brett Lieberman
Printed name

Edelboim Lieberman PLLC
Firm name

2875 NE 191st Street, Penthouse One
Suite 905
Miami, FL 33180
Number, Street, City, State & ZIP Code

Contact phone    305-768-9909        Email address    brett@elrolaw.com

FL    69583
Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

Debtor    Tzadik Taylor's Place, LLC      Case number (*if known*) _____

Name

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number (*if known*) _____ Chapter ___11___

☐ Check if this is an amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Garden Villas Apartments, LLC | | | Relationship to you | Affiliates |
| District | Southern District of Florida | When | 4/9/25 | Case number, if known | 25-13868-PDR |
| Debtor | Pzadik Sioux Falls Portfolio I,, LLC | | | Relationship to you | Affiliates |
| District | Southern District of Florida | When | 4/9/25 | Case number, if known | 25-13865-PDR |
| Debtor | TMG2, LLC | | | Relationship to you | Affiliates |
| District | Southern District of Florida | When | 4/9/25 | Case number, if known | 25-13867-PDR |
| Debtor | Tzadik Hidden Hills Apartments | | | Relationship to you | Affiliates |
| District | Southern District of Florida | When | 4/10/25 | Case number, if known | 25-13884-PDR |
| Debtor | Tzadik Rapid CIty Portfolio I, LLC | | | Relationship to you | Affiliates |
| District | Southern District of Florida | When | 4/27/25 | Case number, if known | 25-14655-PDR |
| Debtor | Tzadik Sioux Falls I, LLC | | | Relationship to you | Affiliates |
| District | Southern District of Florida | When | 5/13/25 | Case number, if known | 25-15329-PDR |
| Debtor | Tzadik Sioux Falls Portolio III, LLC | | | Relationship to you | Affiliates |
| District | Southern District of Florida | When | 5/14/25 | Case number, if known | 25-15387-PDR |

**Fill in this information to identify the case:**

Debtor name    Tzadik Taylor's Place, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐     *Schedule H: Codebtors* (Official Form 206H)
☒     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐     Amended *Schedule* _____
☒     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐     Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/7/2025        x _Adam Hendry_____
                                        Signature of individual signing on behalf of debtor

                                        Adam Hendry
                                        Printed name

                                        Authorized Agent
                                        Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tzadik Taylor's Place, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Apartments, LLC 2563 Collection Center Drive Chicago, IL 60693 | | Trade debt | | | | $4,860.00 |
| Berman Hopkins Wright & LaHam, LLP. 8035 Spyglass Hill Rd Melbourne, FL 32940 | | | | | | $3,305.00 |
| Breit & Boomsma, P.C. 606 E. Tan Tara Circle Sioux Falls, SD 57108 | | Trade debt | | | | $59,956.42 |
| City Glass & Glazing, Inc. 5003 W. 12th Street Sioux Falls, SD 57106 | | Trade debt | | | | $2,493.13 |
| Condo Experts USA Inc. dba Apartment Lea Fort Lauderdale, FL 33315 | | Trade debt | | | | $21,652.00 |
| Conservice LLC P.O. BOX 1500 Hemet, CA 92546 | | Trade debt | | | | $12,602.18 |
| CT Corporation PO Box 4349 Carol Stream, IL 60197 | | Trade debt | | | | $1,665.28 |
| Haber Law 251 NW 23 Street Miami, FL 33127 | | Trade debt | | | | $2,240.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Tzadik Taylor's Place, LLC
_____
Name

Case number *(if known)*
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MidAmerican Energy Company - UM PO Box 8020 Davenport, IA 52808 | | Trade debt | | | | $6,246.10 |
| Nybergs Ace Hardware, Inc. 330 W. 41st Street Sioux Falls, SD 57105 | | Trade debt | | | | $4,990.21 |
| Plunkett's Pest Control, Inc. 40 52nd Way Northeast Minneapolis, MN 55421 | | Trade debt | | | | $1,948.81 |
| Presto X 27113 Independence Avenue Sioux Falls, SD 57108 | | Trade debt | | | | $12,018.68 |
| RentPath Holdings, Inc., dba Apart Guide 950 East Paces Ferry Road NE Atlanta, GA 30326 | | Business Operations | | | | $3,238.68 |
| Sioux Falls Utilities - UM 224 West 9th Street Sioux Falls, SD 57117 | | Business Operations | | | | $19,391.44 |
| Sioux Merchant Patrol Inc. DBA SMP Secur 1501 N Cleveland Ave Sioux Falls, SD 57104 | | Trade debt | | | | $9,125.81 |
| Thornton Carpet, Inc 2300 N. BAKKER LANDING AVENUE Tea, SD 57064 | | Trade debt | | | | $22,118.41 |
| Waste Solution Services 26 Columbia Ave. Cedarhurst, NY 11516 | | Trade debt | | | | $7,192.52 |
| Xcel Energy - UM PO Box 9477 Minneapolis, MN 55484 | | Trade debt | | | | $6,748.74 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | Tzadik Taylor's Place, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Xtreme Cleaning Services 311 E Norton Ave Salem, SD 57058 | | Business Operations | | | | $4,311.72 |
| Xtremely Clean LLC 809 Sunnyside Ave. Valley Springs, SD 57068 | | Trade debt | | | | $4,651.56 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name Tzadik Taylor's Place, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

 1a. **Real property:**
  Copy line 88 from *Schedule A/B*................................................................................................. $ 34,350,000.00

 1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*.............................................................................................. $ 0.00

 1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*................................................................................................ $ 34,350,000.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
 Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 17,096,217.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

 **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ 0.00

 **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 212,180.46

4. **Total liabilities** ..............................................................................................................................
 Lines 2 + 3a + 3b  $ 17,308,397.46

**United States Bankruptcy Court**
**Southern District of Florida**

In re   Tzadik Taylor's Place, LLC _____    Case No. _____

                                              Debtor(s)        Chapter     11 _____

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    7/7/2025 _____             *Adam Hendry* _____
                                             Adam Hendry/Authorized Agent
                                             Signer/Title

Apartments, LLC
2563 Collection Center Drive
Chicago, IL 60693


Berman Hopkins Wright & LaHam, LLP.
8035 Spyglass Hill Rd
Melbourne, FL 32940


Breit & Boomsma, P.C.
606 E. Tan Tara Circle
Sioux Falls, SD 57108


City Glass & Glazing, Inc.
5003 W. 12th Street
Sioux Falls, SD 57106


Condo Experts USA Inc. dba Apartment Lea
Fort Lauderdale, FL 33315


Conservice LLC
P.O. BOX 1500
Hemet, CA 92546


CT Corporation
PO Box 4349
Carol Stream, IL 60197


Haber Law
251 NW 23 Street
Miami, FL 33127


Merchants Bank of Indiana
410 Monon Boulevard, 2nd Floor
Carmel, IN 46032


MidAmerican Energy Company - UM
PO Box 8020
Davenport, IA 52808


Norberg Paints Inc.
326 E 14th Street
Sioux Falls, SD 57104


Nybergs Ace Hardware, Inc.
330 W. 41st Street
Sioux Falls, SD 57105


Plunkett's Pest Control, Inc.
40 52nd Way Northeast
Minneapolis, MN 55421


Presto X
27113 Independence Avenue
Sioux Falls, SD 57108

RentPath Holdings, Inc., dba Apart Guide
950 East Paces Ferry Road NE
Atlanta, GA 30326


Sioux Falls Utilities - UM
224 West 9th Street
Sioux Falls, SD 57117


Sioux Merchant Patrol Inc. DBA SMP Secur
1501 N Cleveland Ave
Sioux Falls, SD 57104


Thornton Carpet, Inc
2300 N. BAKKER LANDING AVENUE
Tea, SD 57064


Waste Solution Services
26 Columbia Ave.
Cedarhurst, NY 11516


Xcel Energy - UM
PO Box 9477
Minneapolis, MN 55484


Xtreme Cleaning Services
311 E Norton Ave
Salem, SD 57058


Xtremely Clean LLC
809 Sunnyside Ave.
Valley Springs, SD 57068

## UNANIMOUS WRITTEN CONSENT OF THE MEMBERS OF
## TZADIK TAYLOR'S PLACE, LLC

Through this Unanimous Written Consent, the members of Tzadik Taylor's Place, LLC (the "Company"), on May 2, 2025, the following resolutions have been adopted by all of the members, a Delaware limited liability company:

1.     **BE IT RESOLVED** that notwithstanding any term(s) or provision(s) (the "Other Provisions") of any agreement(s) or understanding(s) to the contrary to which the Company is a party, whether written or verbal ("Other Agreements"), and to the extent there are any such Other Provisions or Other Agreements, these resolutions shall hereby control, supersede and replace such Other Provisions, and any such Other Agreements are hereby modified to reflect the terms and provisions set forth in these resolutions.

2.     **BE IT FURTHER RESOLVED** that the Company authorizes and empowers Adam M. Hendry (the "Manager") to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (Broward Division) on behalf of the Company, which filing is hereby approved (the "Chapter 11 Proceedings"); and

3.     **BE IT FURTHER RESOLVED** that the Company authorizes Stephen Kradjian to serve as the Restructuring Officer of the Company ("RO"), to work together with employees of Sade Real Estate (the "Sade Personnel") to, among other things, (a) lead and control negotiations with lenders, equity providers and other stakeholders (keeping Manager apprised as to status and on all communications with the lenders, including without limitation emails and phone calls), (b) identify and handle strategic options available to the Company regarding future operations, including whether and when assets of the Company should be sold, new capital, and restructuring current capital structures with involvement, input, and approval of Manager, (c) as a co-equal with the Manager, coordinate management of the bankruptcy process and external constituencies in the bankruptcy process, including restructuring counsel, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the RO, with involvement and input of the Manager, may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as they, or any one of them, deem necessary or advisable with respect to the Chapter 11 Proceedings, and (d) directing restructuring counsel with respect to the terms of any restructuring plan in the bankruptcy case with the involvement and input of the Manager.

4.     **BE IT FURTHER RESOLVED** that, except to the extent that independent directors approval is required, and except to the extent authority has been delegated to the RO, the Manager is hereby authorized and directed, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the day-to-day operation of the business, as he deems necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and obligations of the Company under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials as the Manager may deem necessary or advisable for the day-to-day operation of the business and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as they, or any one of them, deem necessary or advisable with respect to the Chapter 11 Proceedings, provided,

however, that nothing herein precludes or prevents Iintoo Taylor's Place Sioux Falls South Dakota, LP from exercising any rights or remedies it may have under the Company's applicable governance documents to remove Adam M. Hendry as Manager and the Manager does not concede that Iintoo Taylor's Place Sioux Falls South Dakota, LP has such rights or remedies; and all parties agree that any post-petition removal of the Manager shall not adversely alter the Manager's entitlement to a Promote under the applicable documents and the Manager shall remain entitled to a Promote following any post-petition removal; and

5.    **BE IT FURTHER RESOLVED** that, to the extent authorized or directed and approved by the Company's lenders in connection with the implementation of any restructuring that the current Manager will resign as Manager as part of implementation of a Chapter 11 plan (or earlier as may be agreed by Manager and Sade Real Estate, or as determined by a court or arbitrator of competent jurisdiction) and that Sade Real Estate will become the Managing Member of the Company; and

6.    **BE IT FURTHER RESOLVED**, that the Manager is hereby authorized to immediately take any and all actions necessary to effectuate an orderly and efficient bankruptcy filing so as to maximize the value of such assets for the benefit of creditors in the Chapter 11 Proceedings; and

7.    **BE IT FURTHER RESOLVED** that the Company, through its Manager, is authorized (i) to retain the law firm of Edelboim Lieberman PLLC ("EL Law") as general bankruptcy counsel to render legal services to and to represent the Company in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 case and all proceedings arising out of or related thereto upon such terms as set forth in the Engagement Agreement; and (ii) subject to Bankruptcy Court of approval, to retain on behalf of the Company such other professionals that the Company deems necessary or advisable to represent or assist the Company as is necessary in connection with the Chapter 11 Proceedings upon such terms as are necessary; and

8.    **BE IT FURTHER RESOLVED** that the Company is hereby authorized to pay EL a retainer in an amount agreed to by the Company through the Manager and EL up to $175,000.00 for bankruptcy costs and services plus such other amounts as set forth in the Engagement Agreement and as authorized by the United States Bankruptcy Court; and

9.    **BE IT FURTHER RESOLVED**, that the Manager of the Company is hereby authorized, empowered and directed to do all things and to take all actions which such officers may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

10.    **BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of the Company regarding or related to the Company's restructuring or the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects; and

11.    **BE IT FURTHER RESOLVED**, that the members are authorized to execute these resolutions in counterparts, each of which shall constitute an original, and all of which shall constitute one articulation of these members' resolutions and that the members may execute via an electronic signature and provide the executed resolution in electronic format; and

12.     **BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the May 2, 2025.

TZADIK TAYLOR'S PLACE, LLC

By: _Adam Hendry_____
    By: Adam Hendry,
        As Managing Member of Tzadik Taylor's Place, LLC

By: _Adam Hendry_____
    By: Adam Hendry
        As Member of Tzadik Taylor's Place, LLC


By: _____
    Name:
    By:    Iintoo Taylor's Place Sioux Falls South Dakota, LP
               As Member of Tzadik Taylor's Place, LLC
    Its:

By: _____
    Name: Jennifer A. Schwartz, solely with respect to Resolution #2
    Tzadik Taylor's Place LLC
    Its: Independent Director

By: _____
    Name: Steven P. Zimmer, solely with respect to Resolution #2
    Tzadik Taylor's Place, LLC
    Its: Independent Director

12.    **BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the May 2, 2025.

TZADIK TAYLOR'S PLACE, LLC


By: _____
        By: Adam Hendry,
                As Managing Member of Tzadik Taylor's Place, LLC


By: _____
        By: Adam Hendry
                As Member of Tzadik Taylor's Place, LLC


By: _~Stephen Kracd~_____
        Name: STEPHEN KRADJAN
        By:    Iintoo Taylor's Place Sioux Falls South Dakota, LP
                As Member of Tzadik Taylor's Place, LLC
        Its: DIRECTOR OF ASSET MANAGEMENT


By: _____
        Name: Jennifer A. Schwartz, solely with respect to Resolution #2
        Tzadik Taylor's Place LLC
        Its: Independent Director


By: _____
        Name: Steven P. Zimmer, solely with respect to Resolution #2
        Tzadik Taylor's Place, LLC
        Its: Independent Director